Thomas H. Armstrong, #146016
LAW OFFICE OF THOMAS H. ARMSTRONG
5250 North Palm, Suite 224
Fresno, CA 93704
Telephone: (559) 447-4700
Facsimile:  (559) 449-2693
e-mail:  lawoffice5250@sbcglobal.net

Attorney for Trudi Manfredo,
Chapter 7 Trustee and Appellant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

|  |  |
|---|---|
| In re<br><br>AUGUSTINE PENA, III,<br><br>_____ Debtor. _____<br><br>TRUDI G. MANFREDO, Chapter 7 Trustee,<br><br>                Appellant,<br><br>v.<br><br>AUGUSTINE PENA, III,<br><br>                Appellee. | Case No. 1:13-CV-00889-AWI<br><br>Bk. No. 12-13170-A-7F<br><br>Date:  None<br>Dept:  2<br>Judge: Hon. Anthony W. Ishii |

ORDER DISMISSING APPEAL

Based upon the Motion to Dismiss the Appeal Pursuant to Federal Rules of Bankruptcy Procedure Rule 8023, the

1 | signature of counsel for Appellant and Appellee, and good cause

2 | appearing as the Appeal has been rendered moot by the Ninth

3 | Circuit's opinion in the related appeal as set forth in the

4 | Motion, **IT IS ORDERED AS FOLLOWS:**

5 |       1.  The above-captioned appeal is dismissed as moot.

6

7 | IT IS SO ORDERED.

8 | Dated:  November 17, 2014                            

9 |                     SENIOR  DISTRICT  JUDGE

**ORDER DISMISSING APPEAL**